UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDIA FORD, ET AL.

VERSUS

MAYOR-PRESIDENT CITY
OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 07-79-D-M1

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Ridelinger dated September 21, 2007 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff is granted an additional 20 days from the date of the report to properly serve the defendants in a manner authorized by Rule 4(m) with a summons and both the original and amended complaints, and to file evidence of proper service in the record.  Further, the plaintiff's complaint shall be DISMISSED for failure to serve the defendants within the time allowed by Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this ____ day of October, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE